

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00035-CV

———————————————

IN RE LONE TREE RESOURCES & CONSULTING, INC. AND FARZIN
AFSHAR, Relators

---

Original Proceeding
Trial Court No. 18-9283-267

---

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Relators Lone Tree Resources & Consulting, Inc. and Farzin Afshar filed a mandamus petition contending that the trial-court judge had abused her discretion by refusing to rule on four motions within a reasonable time and asked us to compel her to rule. The trial-court judge has now signed orders ruling on those motions. Because relators have obtained all of the relief that they sought in their mandamus petition, we dismiss their petition as moot. *See In re Cooper*, No. 02-16-00430-CV, 2016 WL 7339118, at *1 (Tex. App.—Fort Worth Dec. 19, 2016, orig. proceeding) (per curiam) (mem. op.).

Per Curiam

Delivered: March 6, 2020